UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**JORGE ANTONIO LOPEZ VALASQUEZ**        **DOCKET NO. 2:26-cv-00024**
                                                                         **SECTION P**

**VERSUS**                                                   **JUDGE S. MAURICE HICKS, JR.**

**BRIAN ACUNA, ET AL**                         **MAGISTRATE JUDGE WHITEHURS**

## ORDER

Before the court is a petition for writ of habeas corpus [doc. 1] filed pursuant to 28 U.S.C. § 2241 by Jorge Antonio Lopez Valasquez ("Petitioner"), through counsel. Petitioner is presently in the custody of ICE, detained at the River Correctional Center in Ferriday, Louisiana.

On January 6, 2026, Judge Hicks denied Petitioner's Motion for Temporary Restraining Order and referred this matter to the undersigned for issuance of an expedited briefing schedule and further disposition. Doc. 6.

Accordingly,

**IT IS ORDERED** that the Respondent is to file a Response to the instant petition by February 10, 2026.

**IT IS FURTHER ORDERED** that Petitioner is allowed seven (7) days following the filing of the Respondent's answer to file a reply brief.

**After the record is complete and all legal delays have run, the court will determine the necessity of an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will issue without further notice.**

**THUS DONE AND SIGNED** in chambers this 20th day of January, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE